FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 JUL 26  P 2: 51

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAURICE BERNARD STEWART, JR. *

v. *

* Civil No. JFM-07-2225
*
WARDEN *
*****

## MEMORANDUM

Maurice Bernard Stewart, Jr., an inmate in the Maryland prison system and a frequent litigant in this court, has filed this action claiming that defendant (the Warden at North Branch Correctional Institution) has failed to provide him with safe housing in light of threats made to him by fellow inmates. Defendant has filed a motion to dismiss or for summary judgment.

The record establishes that on two occasions this court scheduled hearings on plaintiff's allegations. On both occasions plaintiff took actions that, in effect, constituted a refusal to attend the hearings. The record also establishes that plaintiff has not cooperated with counsel who was appointed to represent him. Most importantly, the record establishes that under the current conditions of his confinement plaintiff faces no risk of harm from his fellow inmates. Because he is seeking only injunctive relief, no useful purpose would be served by having this litigation move forward.

A separate order treating defendant's motion to dismiss or for summary judgment as one for summary judgment and granting it as such is being entered herewith.

Date: July 25, 2010

J. Frederick Motz
United States District Judge